Decided March 1, 2004

## IN RE TRAVIS R. ET AL.

The respondent mother's petition for certification for appeal from the Appellate Court, 80 Conn. App. 777 (AC 23919), is denied.

*Roseann C. Canny*, in support of the petition.

*Nina F. Elgo*, assistant attorney general, in opposition.

Decided March 1, 2004

## STATE OF CONNECTICUT *v.* EDWARD ASBERRY

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 44 (AC 22476), is denied.

*Martin Zeldis*, senior assistant public defender, in support of the petition.

*Julia K. Conlin*, deputy assistant state's attorney, in opposition.

Decided March 1, 2004

## STATE OF CONNECTICUT *v.* KEVIN B. WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 1 (AC 22676), is denied.